NORFOLK BANK FOR SAVINGS & TRUSTS v. WHIPPLE. (Circuit Court of Appeals, Fourth Circuit. July 12, 1919.) No. 1696. Appeal from the District Court of the United States for the Eastern District of South Carolina, at Charleston; Henry A. Middleton Smith and Henry G. Connor, Judges. Suit by the Norfolk Bank for Savings & Trusts against C. S. Whipple. Bill dismissed, and complainant appeals. Affirmed. E. P. Buford, of Lawrenceville, Va., and T. D. Savage, of Norfolk, Va. (B. A. Hagood, of Charleston, S. C., on the brief), for appellant. A. F. Woods and L. D. Lide, both of Marion, S. C. (T. I. Rogers, of Bennettsville, S. C., on the brief), for appellee. Before PRITCHARD and KNAPP, Circuit Judges, and WADDILL, District Judge.

PER CURIAM. We are satisfied after careful examination with the decision of this case by the court below and with the reasons assigned therefor by the learned District Judge. The decree is accordingly affirmed on his opinion. 254 Fed. 195. Affirmed.

---

PATAPSCO SHIP CEILING & STEVEDORE CO. v. SIEBERT. (Circuit Court of Appeals, Fourth Circuit. April 24, 1919.) No. 1690. Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge. Suit in admiralty by John Siebert against the Patapsco Ship Ceiling & Stevedore Company and others. Decree for libelant against the first-named respondent, and it appeals. Affirmed. For opinion below, see 253 Fed. 685. Whitelock, Deming & Kemp, of Baltimore, Md., for appellant. George T. Mister and Harry B. Wolf, both of Baltimore, Md., for appellee. Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PER CURIAM. We are satisfied with the disposition of this case by the court below, and deem it unnecessary to add anything to what is said in the opinion of the learned District Judge. 253 Fed. 685. Affirmed.